IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW RICHARDSON, : | CIVIL ACTION |
| Plaintiff, : | |
| v. : | No. 10-4024 |
| SELECTIVE INSURANCE COMPANY : OF AMERICA, : | |
| Defendant. : | |

**ORDER**

**AND NOW**, this 31st day of May, 2011, upon consideration of Plaintiff Andrew Richardson's Motion for Summary Judgment (Doc. No. 11), and the Response and Reply thereto, it is hereby **ORDERED** that said Motion is **DENIED**. It is further **ORDERED** that upon consideration of Defendant Selective Insurance Company of America's Motion for Summary Judgment (Doc. No. 12), and the Response and Reply thereto, said Motion is **GRANTED**.

BY THE COURT:


 /s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE